## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:13-cv-04897-SVW-JCG | Date | September 10, 2013 |
|---|---|---|---|
| Title | JMAC Partners LLC v. Dougherty Clifford & Wadsworth Corp et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**        IN CHAMBERS ORDER DISCHARGING OSC

The Court, on August 28, 2013, issued an order to show cause why this action should not be dismissed for lack of prosecution. In response, on September 9, 2013, Plaintiff JMAC Partners LLC. filed a Notice of Voluntary Dismissal.

Therefore, the Court DISCHARGES the OSC.  The case is dismissed.

|  | : |
|---|---|
| Initials of Preparer | PMC |